

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00377-CR

**STEVE WAYNE BAKER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. DC-F202300259

## MEMORANDUM OPINION

On December 4, 2024, Steve Wayne Baker filed with the trial court clerk a *pro se* "Motion for Out of Time Appeal" from the trial court's judgment of conviction in this case. That same day, the trial court clerk delivered a copy of Baker's motion to this Court, which we filed in this cause as a notice of appeal because the document showed Baker's desire to appeal from the trial court's judgment of conviction. *See* TEX. R. APP. P. 25.2(c)(2).

Sentence was imposed in this case on October 20, 2023. Baker's notice of appeal is therefore untimely, and we have no jurisdiction of an untimely appeal. *See id.* R. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). Furthermore, neither the trial court nor this Court has authority to grant an out-of-time appeal. The exclusive post-conviction remedy in final felony convictions in Texas courts is through a writ of habeas corpus pursuant to article 11.07 of the Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3; *Olivo*, 918 S.W.2d at 525 n.8.

Accordingly, this appeal is dismissed. Additionally, the request for an extension of time to file the clerk's record, filed on December 16, 2024, and Baker's request for appointment of appellate counsel, filed on December 27, 2024, are dismissed as moot.

MATT JOHNSON
Chief Justice

Before Chief Justice Johnson,
　　　Justice Smith, and
　　　Justice Harris
Dismissed
Opinion delivered and filed January 16, 2025
Do not publish
[CRPM]

